JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tammy Rene Meadows, <br><br> Plaintiff, <br><br> vs. <br><br> Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1], <br><br> Defendant. | Case No.  1:26-cv-02401-SKO <br><br> STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER <br><br> (Doc. 11) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 18-day extension of time, from June 29, 2026 to July 17, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

1 Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of June 29, 2026 and July 6, 2026 defendant's counsel has nine merit briefs.   Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 17, 2026        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: June 17, 2026            ERIC GRANT
                                United States Attorney
                                MATHEW W. PILE
                                Head of Program Litigation 1
                                Law & Policy
                                Social Security Administration

By:  **/s/ Oscar Gonzalez de Llano , GOVT*

     Oscar Gonzalez de Llano , GOVT
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on June 17, 2026)

## ORDER

Good cause having been shown (Fed. R. Civ. P. 16(b)(4)), the parties' foregoing Stipulation and Unopposed Motion (Doc. 11) is GRANTED, and IT IS ORDERED that Plaintiff's Opening Brief shall be filed on or before **July 17, 2026**.  All deadlines in the Scheduling Order (Doc. 4) are modified accordingly.

IT IS SO ORDERED.

Dated:    **June 17, 2026**                              /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

3