ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RENE MEADOWS,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 1:26-cv-02401-SKO<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

Defendant respectfully moves for an extension of thirty (30) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of August 17, 2026 to the new date of September 16, 2026. Plaintiff's counsel indicated his willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response. Given competing workload requirements including multiple briefs due this week an extension until September 16, 2026 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment.

Counsel for Defendant has also been out of office many days this past month on planned leave. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: August 13, 2026 By: *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DATE: August 13, 2026 By: *s/ Jonathan Omar Pena*
Jonathan Omar Pena
Pena and Bromberg, PC
Attorney for Plaintiff
(*as authorized by email)

**ORDER**

Pursuant to Defendant's Stipulated Motion (Doc. 15), and for good cause shown (Fed. R. Civ. P. 16(b)(4), IT IS ORDERED that Defendant shall have an extension, up to and including **September 16, 2026**, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines in the Scheduling Order (Doc. 4) are enlarged accordingly.

IT IS SO ORDERED.

Dated: **August 13, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE