ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RENE MEADOWS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:26-cv-02401-SKO<br><br>STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(Doc. 17) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, offer the claimant the opportunity for a hearing and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 15th day of September, 2026.

ERIC GRANT
United States Attorney

By: *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Peña & Bromberg, PLC

By: *s/ Jonathan O. Pena*
Jonathan O. Pena
(*as authorized by email)
Attorney for Plaintiff

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 17), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court **SHALL** enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter **CLOSE** this case.

IT IS SO ORDERED.

Dated: **September 16, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE